**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------- X

INDIRA BAKER,

                              Plaintiff,

                                                    Case No. 25-cv-06262-GHW

          -against-

DIN TAI FUNG (MANHATTAN) LLC,

                              Defendant.
-------------------------------------------------------------- X

## RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel of record for Defendant certifies that:

Defendant Din Tai Fung (Manhattan) LLC is a Limited Liability Company established under the laws of the State of California, and no publicly held company owns ten or more percent of its stock.

Dated: October 13, 2025

         New York, NY                        Respectfully submitted,

                                          */s/ Melissa Camire*
                                          Melissa Camire
                                          William Doheny
                                          Fisher & Phillips LLP
                                          Times Square Tower
                                          7 Times Square, Suite 4300
                                          New York, NY 10036
                                          Phone: (212) 899-9960
                                          mcamire@fisherphillips.com
                                          wdoheny@fisherphillips.com

                                          *Attorneys for Defendant Din Tai Fung (Manhattan) LLC*

FP 57217607.2